AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.:<br>21-3244 MB | Date and Time Warrant Executed:<br>November 9, 2021 approx. 3:00 PM | Copy of warrant left with:<br>Omeida Batista<br>1725 W Burnside Trail, Phoenix, AZ |
|---|---|---|

Inventory Made in the Presence of:
Uriah Compton, IRS-CI Asset Forfeiture Coordinator

Inventory of the property taken and name of any person(s) seized:

2017 Tesla X 100D, VIN: 5YJXCAE27HF070324

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/2021

*Todd Spencer*

Executing officer's signature

Todd Spencer, Special Agent IRS-CI

Printed name and title